UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ZHONGCHENG XIAO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| GENESYS TELECOMMUNICATIONS | ) | 5:23-CV-713-BO-RN |
| LABORATORIES, INC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on defendant's motion to dismiss for failure to state a claim [DE 8].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss [DE 8] is GRANTED. Plaintiff's complaint [DE 1] is DISMISSED in its entirety with prejudice as untimely.

This case is closed.

**This judgment filed and entered on June 28, 2024, and served on:**
Lucas Colantonio (via CM/ECF Notice of Electronic Filing)
Benjamin McLawhorn (via CM/ECF Notice of Electronic Filing)
Malcom Ingram (via CM/ECF Notice of Electronic Filing)
Michael Morris (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

June 28, 2024

 /s/ Lindsay Stouch
By: Deputy Clerk